

**Action Office Supplies Furniture & Printing**

Phone: 1-800-298-1000
Fax: 1-888-922-0133

Mailing Address:
P.O Box 277
Adelphia, NJ 07710

www.actoff.com

# INVOICE

| Date | Number | Pgs. |
|---|---|---|
| 10/03/14 | 118321 | 1 |

**Bill To:** Keansburg BOE
Attn: Accts Payable
100 Palmer Place
Keansburg, NJ, 07734

**Ship To:** Port Monmouth Road School
142 Port Monmouth Road
Keansburg, NJ, 07734

**Attn:** Diane Gonzales

| Purchase Order # | Ship Via | Order Date | Customer # | Sales Rep | Terms |
|---|---|---|---|---|---|
| 15-00992 | ACTION | 10/02/14 | 5196 | Sonny Arora | Net 30 |

| Ordered | Shipped | Back Ordered | Item Number | U/M | Description | Unit Price | Ext. Price | T |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | DURCEF27 | KT | CHARGER,2AA, 2AAA BATTERY EVECHP4WB4 NOT AVAILABLE | 25.99 | 25.99 | X |

| | Shipping $0.00 | Sub Total $25.99 | Sales Tax $0.00 | Total $25.99 |
|---|---|---|---|---|

Comments:

Thank you for your order!

Returns must be made within 14 days in original packaging in resalable condition. No returns on Special Order items unless defective.



**Action Office Supplies**
Furniture & Printing

Phone: 1-800-298-1000
Fax: 1-888-922-0133

Mailing Address:
P.O Box 277
Adelphia, NJ 07710

www.actoff.com

# INVOICE

| Date | Number | Pgs. |
|---|---|---|
| 10/03/14 | 118174 | 1 |

Bill To: Keansburg BOE
Attn: Accts Payable
100 Palmer Place
Keansburg, NJ, 07734

Ship To: JRB Middle School
100 Palmer Place
Keansburg, NJ, 07734

Attn: J Niesz Principal

| Purchase Order # | Ship Via | Order Date | Customer # | Sales Rep | Terms |
|---|---|---|---|---|---|
| 15-01013 | ACTION | 10/02/14 | 5196 | Sonny Arora | Net 30 |

| Ordered | Shipped | Back Ordered | Item Number | U/M | Description | Unit Price | Ext. Price | T |
|---|---|---|---|---|---|---|---|---|
| 9 | 9 | 0 | HON2281VA90T | EA | CHAIR,WORK,MIDBACK,NVBE | 269.00 | 2421.00 | X |
| 1 | 1 | 0 | BSXBLC96VA1A1 | EA | TABLE,96",CONFERENCE,MCH | 349.00 | 349.00 | X |
| 3 | 3 | 0 | CKC988110 | ST | BOARD,DRYERASE,10/ST | 38.49 | 115.47 | X |

| Shipping | Sub Total | Sales Tax | Total |
|---|---|---|---|
| $0.00 | $2885.47 | $0.00 | $2885.47 |

Comments:

Thank you for your order!

Returns must be made within 14 days in original packaging in resalable condition. No returns on Special Order items unless defective.

frm:Office Supplies    To:QUOTE (17324957906)                              12:22 09/16/14 BST Pg 2-2

15-190-100-610-30



**Office Supplies**
Furniture & Printing

Phone : 1-800-298-1000
Fax: 1-888-922-0133

Mailing Address:
P.O. Box 277
Adelphia, NJ 07710

www.actoff.com

# QUOTE

| Date | Number | Pge. |
|---|---|---|
| 09/12/14 | 118174 | 1 |

| Bill To: | Keansburg BOE<br>Attn: Accts Payable<br>100 Palmer Place<br>Keansburg, NJ, 07734 | Ship To: | JRB Middle School<br>100 Palmer Place<br>Keansburg, NJ, 07734 |
|---|---|---|---|
| | | Attn: | Melissa Engleman |

| Customer # | Sales Rep | Terms |
|---|---|---|
| 5196 | Sonny Arora | Net 30 |

| Qty | Item Number | U/M | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 9 | HON2281VA90T | EA | CHAIR,WORK,MIDBACK,NVBE | 269.00 | 2421.00 |
| 1 | BSXBLC96VA1A1 | EA | TABLE,96",CONFERENCE,MCH | 349.00 | 349.00 |
| 3 | CKC988110 | ST | BOARD,DRYERASE,10/ST | 38.49 | 115.47 |

| | Shipping<br>$0.00 | Sub Total<br>$2885.47 | Sales Tax<br>$0.00 | Total<br>$2885.47 |
|---|---|---|---|---|

Comments:

Thank you!

Fm:Office Supplies    To:QUOTE (17324957906)    12:21 09/16/14 EST Pg 1-2

ATTN: MELISSA ENGLEMAN

CONSTANCE GENTHE, Customer Service
ULTIMATE OFFICE SUPPLY LLC
PH: (877)531-2233 X263
FAX: (888)922-0133
connie@ultimateofficesupply.com



**ACTION**
Office Supplies
Furniture & Printing

Phone : 1-800-298-1000
Fax: 1-888-922-0133

Mailing Address:
P.O Box 277
Adelphia, NJ 07710

www.actoff.com

# INVOICE

| Date | Number | Pgs. |
|---|---|---|
| 04/08/14 | 116576 | 1 |

| Bill To: | Keansburg BOE<br>Attn: Accts Payable<br>100 Palmer Place<br>Keansburg, NJ, 07734 | Ship To: | Port Monmouth Road School<br>142 Port Monmouth Road<br>Keansburg, NJ, 07734<br><br>Attn:    Maureen OHare |
|---|---|---|---|

| Purchase Order # | Ship Via | Order Date | Customer # | Sales Rep | Terms |
|---|---|---|---|---|---|
| 14-02295 | ACTION | 04/04/14 | 5196 | Sonny Arora | Net 30 |

| Ordered | Shipped | Back Ordered | Item Number | U/M | Description | Unit Price | Ext. Price | T |
|---|---|---|---|---|---|---|---|---|
| 4 | 4 | 0 | ESS40280 | PK | CARD,INDX,RULD,3X5,AST,1C | 3.47 | 13.88 | X |
| 1 | 1 | 0 | UNV95001 | PK | CLIP,#1 VINYL,ASTD,500/PK | 3.99 | 3.99 | X |
| 1 | 1 | 0 | OIC97228 | EA | CLIP,PAPER,NO PVC,800,AST | 13.95 | 13.95 | X |
| 1 | 1 | 0 | OIC31026 | PK | CLIP,BINDER,ASST COLOR&SZ | 5.36 | 5.36 | X |
| 1 | 1 | 0 | AVT75338 | BX | CLIP,WALL,AST,20/BX,ML | 9.48 | 9.48 | X |
| 1 | 1 | 0 | UNV36003 | BX | ENVELOPE,#10 PEELSEAL,WHT<br>BSN04646 NOT AVAILABLE | 45.75 | 45.75 | X |
| 3 | 3 | 0 | SMD89540 | PK | ENVELOPE,TOPLD,LTR,5PK,CR<br>SPR02013 NOT AVAILABLE | 9.44 | 28.32 | X |
| 1 | 1 | 0 | MMM600K24 | PK | TAPE,3/4"X1000",24/PK,CR | 90.83 | 90.83 | X |
| 1 | 1 | 0 | PAC101195 | PK | PAPER,ARY,65#,CRDSTCK,AST | 26.29 | 26.29 | X |
| 1 | 1 | 0 | WAU22999 | CT | PAPER,ASTROBRIGHTS RM,AST | 97.43 | 97.43 | X |
| 1 | 1 | 0 | NES85741 | EA | CANDY,WONKA,32 OZ,AST | 11.32 | 11.32 | X |
| 2 | 2 | 0 | CDB91627 | BX | GUM,BUBBLE,BUBBALOO,60/BX | 6.46 | 12.92 | X |
| 1 | 1 | 0 | OFX00028 | EA | CANDY,ASST,TOOTS ROLS28OZ | 21.02 | 21.02 | X |
| 2 | 2 | 0 | COX35309 | EA | WIPES,CLOROX GERMICIDAL | 19.54 | 39.08 | X |
| 2 | 2 | 0 | PENK437A | DZ | PEN,WOW GEL,BK | 12.60 | 25.20 | X |
| 2 | 2 | 0 | PENK437C | DZ | PEN,WOW GEL,BE | 12.60 | 25.20 | X |
| 1 | 1 | 0 | CATL | EA | 2014 LIST PRICE GUIDE | 0.00 | 0.00 | X |
| 2 | 2 | 0 | DRACB715973 | EA | DISINFECTANT,GLADE,CITRUS | 8.75 | 17.50 | X |

| | Shipping<br>$0.00 | Sub Total<br>$487.52 | Sales Tax<br>$0.00 | Total<br>$487.52 |
|---|---|---|---|---|

Comments:
BAU69324 LANYARDS NOT AVAILABLE

Thank you for your order !

Returns must be made within 14 days in original packaging in resalable condition. No returns on Special Order items unless defective.



**Office Supplies Furniture & Printing**

Phone : 1-800-298-1000
Fax: 1-888-922-0133

Mailing Address:
P.O Box 277
Adelphia, NJ 07710

www.actoff.com

# INVOICE

| Date | Number | Pgs. |
|---|---|---|
| 02/03/14 | 115530 | 1 |

**Bill To:** Keansburg BOE
Attn: Accts Payable
100 Palmer Place
Keansburg, NJ, 07734

**Ship To:** JRB Middle School
100 Palmer Place
Keansburg, NJ, 07734

**Attn:** Diane Nelson

| Purchase Order # | Ship Via | Order Date | Customer # | Sales Rep | Terms |
|---|---|---|---|---|---|
| 14-01873 | ACTION | 01/31/14 | 5196 | Sonny Arora | Net 30 |

| Ordered | Shipped | Back Ordered | Item Number | U/M | Description | Unit Price | Ext. Price | T |
|---|---|---|---|---|---|---|---|---|
| 3 | 3 | 0 | QRT2307 | EA | BOARD,BULLETIN,72 X 48,AM | 199.99 | 599.97 | X |

| | Shipping $0.00 | Sub Total $599.97 | Sales Tax $0.00 | Total $599.97 |
|---|---|---|---|---|

Comments:

Thank you for your order !

Returns must be made within 14 days in original packaging in resalable condition. No returns on Special Order items unless defective.